UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK EDWARD MOON, *et al.*,

    Plaintiffs,

v.   Case No. 8:23-cv-1152-WFJ-AAS

PASCO COUNTY SHERIFF'S OFFICE, *et al.*,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) and the United States Magistrate Judge's report recommending that the motion be denied, and the complaint be dismissed (Dkt. 9).  The time for filing an objection has passed.

Having found that Plaintiff has failed to comply with several Orders, the magistrate judge recommends that this case be dismissed for failure to prosecute. The Court agrees based on the reasons set forth in the Report and Recommendation and an independent examination of the file.  Accordingly, the Court rules as follows:

    1. The Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in all respects and made a part of this Order.

    2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied.

3. Plaintiff's complaint (Dkt. 1) is dismissed.

4. The Clerk is directed to terminate any pending deadlines and motions and to close the case.

**DONE AND ORDERED** at Tampa, Florida, on July 31, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Plaintiff, *pro se*